# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00430-KPF-1

---

Case title: USA v. STORM

Date Filed: 08/21/2023

---

Assigned to: Judge Katherine Polk Failla

**Defendant (1)**

| | |
|---|---|
| **Roman Storm**<br>*also known as*<br>Sealed Defendant 1 | represented by **Brian Edward Klein**<br>Waymaker LLP<br>515 S. Flower Street<br>Ste 3500<br>Los Angeles, CA 90071<br>424-652-7800<br>Fax: 424-652-7850<br>Email: bklein@waymakerlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David E. Patton**<br>Hecker Fink LLP<br>350 Fifth Avenue<br>Ste 63rd Floor<br>New York, NY 10118<br>212-763-0883<br>Email: dpatton@heckerfink.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Keri Curtis Axel**<br>Waymaker LLP<br>515 S. Flower Street<br>Suite 3500<br>Los Angeles, CA 90071<br>424-652-7800<br>Fax: 424-652-7850<br>Email: kaxel@waymakerlaw.com<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kevin Michael Casey**
Waymaker LLP
515 S. Flower Street
Ste 3500
Los Angeles, CA 90071
516-605-7831
Email: kcasey@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1956-4999.F MONEY LAUNDERING - FRAUD, OTHER (CONSPIRACY) (1) | |
| 18:371.F CONSPIRACY TO OPERATE AN UNLICENSED MONEY TRANSMITTING BUSINESS (2) | |
| 50:1705.F PENALTIES, VIOLATES ANY LICENSE OR ORDER (CONSPIRACY TO VIOLATE THE INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT) (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Interested Party**
**daniel hartenstine**

**Interested Party**

**DeFi Education Fund**                     represented by   **Amanda Nicole Tuminelli**
                                                            250 E 54th Street
                                                            Apt 24c
                                                            New York, NY 10022
                                                            516-582-2764
                                                            Email: amandatuminelli@gmail.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

                                                            **Jacob Chervinsky**
                                                            1155 F St NW
                                                            Ste 300
                                                            Washington, DC 20004
                                                            617-549-6981
                                                            Email: jake@defieducationfund.org
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

**Interested Party**

**The Blockchain Association**              represented by   **Stephanie Brooker**
                                                            Gibson Dunn & Crutcher LLP
                                                            1700 M Street, N.W.
                                                            Washington, DC 20036-4504
                                                            202-887-3502
                                                            Email: sbrooker@gibsondunn.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

                                                            **Denis Nicholas Harper**
                                                            Gibson, Dunn & Crutcher
                                                            1700 M Street, NW
                                                            Washington, DC 20895
                                                            202-887-3534
                                                            Email: nharper@gibsondunn.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

                                                            **Matthew Gregory**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036-4504
202-887-3635
Email: mgregory@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Tessa Gellerson**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
301-775-5806
Email: tgellerson@gibsondunn.com
*TERMINATED: 08/09/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Interested Party**

**Coin Center**                    represented by **Daniel M. Vitagliano**
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703-243-9423
Email:
dvitagliano@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Cameron Thomas Norris**
Consovoy McCarthy PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Hetzel**
Consovoy McCarthy PLLC
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703-243-9423
Email: jhetzel@consovoymccarthy.com

*ATTORNEY TO BE NOTICED*

**Peter Van Valkenburgh**
Coin Center
700 K St NW
Washington, DC 20010
703-338-4456
Email: peter@coincenter.org
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA**                                    represented by   **Ben Arad**
                                                            DOJ-USAO
                                                            United States Attorney's Office
                                                            Southern District of New York
                                                            50 Main Street
                                                            White Plains, NY 10606
                                                            914-993-1907
                                                            Email: ben.arad@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin Gerard Mosley**
                                                            DOJ-Crm
                                                            1400 New York Avenue, N.W.
                                                            Ste 10th Floor
                                                            Washington, DC 20530
                                                            202-598-2801
                                                            Email: kevin.mosley@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathan Martin Rehn**
                                                            United States Attorney's Office
                                                            One St. Andrew's Plaza
                                                            New York, NY 10007
                                                            (212)-637-2354
                                                            Fax: (212)-637-2527
                                                            Email: nathan.rehn@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant US Attorney*

                                                            **Benjamin Anthony Gianforti**
                                                            DOJ-USAO
                                                            Southern District of New York
                                                            1 St Andrew's Plaza

New York, NY 10007
212-637-2490
Email: benjamin.gianforti@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2023 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, Sealed Defendant 2 (2) count(s) 1, 2, 3. (jm) (Entered: 08/23/2023) |
| 08/23/2023 | 2 | Order to Unseal Indictment as to Sealed Defendant 1, Sealed Defendant 2.. (Signed by Magistrate Judge Sarah Netburn on 8/23/23)(jm) (Entered: 08/23/2023) |
| 08/23/2023 | | INDICTMENT UNSEALED as to Roman Storm, Roman Semenov. (jm) (Entered: 08/23/2023) |
| 08/23/2023 | | Case Designated ECF as to Roman Storm, Roman Semenov. (jm) (Entered: 08/23/2023) |
| 08/23/2023 | | Case as to Roman Storm, Roman Semenov ASSIGNED to Judge Katherine Polk Failla. (jm) (Entered: 08/23/2023) |
| 08/23/2023 | | Attorney update in case as to Roman Storm, Roman Semenov. Attorney Nathan Martin Rehn for USA added. (jm) (Entered: 08/23/2023) |
| 08/23/2023 | | Arrest of Roman Storm in the United States District Court - Western District of Washington. (jm) (Entered: 08/25/2023) |
| 08/25/2023 | 5 | Rule 5(c)(3) Documents Received as to Roman Storm from the United States District Court - Western District of Washington. (jm) (Entered: 08/25/2023) |
| 09/06/2023 | 6 | Minute Entry for proceedings held before Judge Katherine Polk Failla: Initial Appearance as to Roman Storm held on 9/6/2023. Arraignment as to Roman Storm (1) Count 1,2,3 held on 9/6/2023. Plea entered by Roman Storm Not Guilty. Defendant present with retained counsel Brian Klein and Keri Curtis Axel. AUSA Nathan Martin Rehn present for the Government. DOJ Trial Attorney Kevin Mosley present. PTSO Jessica Aguilar-Adan present. FBI Agent Hailey Richins present. Rule 5(f) colloquy. Defendant arraigned on charges and enters a plea of NOT GUILTY to Indictment 23cr430 (KPF). The next conference is scheduled on 11/30/2023 at 3:30 p.m. Time is excluded in the interests of justice from 9/6/2023 through 11/30/2023. Bail conditions set; Defendant to be released on own signature with remaining conditions to be met by 9/15/2023. (See transcript.) BAIL DISPOSITION: $2,000,000 Personal recognizance bond; To be cosigned by one financially responsible person; Secured by Property: 16738 Southeast 328th Place, Auburn, WA 98092; Travel restricted to SDNY/EDNY/WDWA and CDCA for legal purposes only (SDNY/EDNY/DNJ for court and legal purposes); Surrender travel documents and no new applications; Pretrial supervision as directed by Pretrial Services; Drug testing and treatment; Deft not to possess firearm, destructive device, other weapon; No contact with co-defendants, victims, or witnesses unless in the presence of counsel, with the exception of Marina Evteshina, in connection with |

| | | |
|---|---|---|
| | | the Shulz Prime Solutions, Peppersec Inc., and/or any legal defense fund in connection with this case; Not open any new bank accounts, lines of credit, cryptocurrency accounts, or loans without permission from PTS; Must disclose general information bout cryptocurrency accounts held to PTS and may not transfer or alter any cryptocurrency unless related to the business "Shultz Prime Solutions" or with prior approval of PTS; Deft to be released on own signature; Remaining conditions to be met by 9/15/23. (Court Reporter George Malinowski) (jbo) Modified on 9/7/2023 (ap). (Entered: 09/06/2023) |
| 09/06/2023 | 7 | APPEARANCE Bond Entered as to Roman Storm. $2,000,000 personal recognizance bond; To be secured by property: 16738 Southeast 328th Place, Auburn, WA 98092; To co-signed by one financially responsible person. Additional conditions... (joe) (Main Document 7 replaced on 9/21/2023) (Bonano, Josephine). (Entered: 09/06/2023) |
| 09/06/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: **Plea entered by Roman Storm (1) Count 1,2,3 Not Guilty.** (ap) (Entered: 09/07/2023) |
| 09/08/2023 | 8 | ENDORSED LETTER as to Roman Storm, Roman Semenov addressed to Judge Katherine Polk Failla, from James L. Dunlap dated 9/8/2023 re: The Government writes regarding Classified Information Security Officers.ENDORSEMENT: SO ORDERED. (Signed by Judge Katherine Polk Failla on 9/8/2023) (ap) (Entered: 09/08/2023) |
| 09/08/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE: Brian Edward Klein appearing for Roman Storm, Roman Semenov. Appearance Type: Retained. (Klein, Brian) (Entered: 09/08/2023) |
| 09/09/2023 | 10 | CONSENT LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated September 9, 2023 re: Protective Order . Document filed by USA as to Roman Storm. (Attachments: # 1 Proposed Order Protective Order) (Rehn, Nathan) (Entered: 09/09/2023) |
| 09/11/2023 | 11 | MEMO ENDORSEMENT granting 10 CONSENT LETTER MOTION filed by USA as to Roman Storm addressed to Judge Katherine Polk Failla from AUSA Thane Rehn dated September 9, 2023 re: Protective Order. ENDORSEMENT: Application GRANTED. The Court will separately enter the parties' protective order. The Clerk of Court is directed to terminate the pending motion at docket number 10. SO ORDERED. (Signed by Judge Katherine Polk Failla on 9/11/2023) (bw) (Entered: 09/11/2023) |
| 09/11/2023 | 12 | PROTECTIVE ORDER as to Roman Storm...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge Katherine Polk Failla on 9/11/2023)(bw) (Entered: 09/11/2023) |
| 09/11/2023 | 13 | NOTICE OF ATTORNEY APPEARANCE: Kevin Michael Casey appearing for Roman Storm, Roman Semenov. Appearance Type: Retained. (Casey, Kevin) (Entered: 09/11/2023) |
| 09/26/2023 | 14 | NOTICE OF ATTORNEY APPEARANCE Ben Arad appearing for USA. (Arad, Ben) (Entered: 09/26/2023) |

| 10/05/2023 | 15 | TRANSCRIPT of Proceedings as to Roman Storm re: Conference held on 9/6/23 before Judge Katherine Polk Failla. Court Reporter/Transcriber: George Malinowski, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/26/2023. Redacted Transcript Deadline set for 11/6/2023. Release of Transcript Restriction set for 1/3/2024. (Moya, Goretti) (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | 16 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roman Storm. Notice is hereby given that an official transcript of a Conference proceeding held on 9/6/23 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/05/2023) |
| 11/30/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pretrial Conference as to Roman Storm held on 11/30/2023. Defendant Roman Storm present with attorneys Brian Edward Klein and Keri Curtis Axel. AUSAs Nathan Martin Rehm and Ben Arad present. DOJ Trial Attorney Jacques Singer-Emery present. FBI Agent Hailey Richins present. Defendant's motion(s) to dismiss and or suppress due by 3/29/2024; Opposition due by 4/26/2024; and Reply due by 5/17/2024. Amicus briefs are due within one (1) week of the party's deadline the filing is in support of. A hearing on the motion is set for 6/25/2024 at 10:00 a.m. Trial in this matter is scheduled to begin on 9/23/2024 at 9:00 a.m. Time is excluded in the interests of justice from 11/30/2023 through 6/25/2024. (See transcript.) (Motions due by 3/29/2024. Responses due by 4/26/2024. Replies due by 5/17/2024. Jury Trial set for 9/23/2024 at 09:00 AM before Judge Katherine Polk Failla. Motion Hearing set for 6/25/2024 at 10:00 AM before Judge Katherine Polk Failla) (Court Reporter Pamela Utter) (ap) (Entered: 12/08/2023) |
| 12/05/2023 | 17 | SCHEDULING ORDER as to Roman Storm, Roman Semenov. It is hereby ORDERED that the following trial schedule will be in effect: Trial will be set to begin on September 23, 2024, at 9:00 a.m.; The parties respective jury charge requests, proposed voir dire questions, and any motions in limine will be due August 26, 2024; Any opposition papers to motions in limine will be due September 2, 2024; and The final-pretrial conference will be scheduled for September 9, 2024, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York (Pretrial Motions due by 3/29/2024., Defendants Replies due by 5/17/2024., Government Opposition due by 4/26/2024, Jury Trial set for 9/23/2024 at 09:00 AM before Judge Katherine Polk Failla., Oral Argument set for 6/25/2024 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla., Final Pretrial Conference set for 9/9/2024 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 12/5/23)(jw) (Entered: 12/06/2023) |
| 01/23/2024 | 18 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of Proceedings as to Roman Storm re: Conference held on 11/30/23 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2024. Redacted Transcript Deadline set for 2/23/2024. Release of Transcript Restriction set for 4/22/2024. (Moya, Goretti) (Entered: 01/23/2024) |
| 01/23/2024 | 19 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roman Storm. Notice is hereby given that an official transcript of a Conference proceeding held on 11/30/23 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 01/23/2024) |
| 02/14/2024 | 20 | MOTION for Keri Curtis Axel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-28946323. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Keri Curtis Axel, # 2 Certificate of Good Standing, # 3 Proposed Order)(Axel, Keri) (Entered: 02/14/2024) |
| 02/14/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Keri Curtis Axel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-28946323. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/14/2024) |
| 02/15/2024 | 21 | ORDER FOR ADMISSION PRO HAC VICE as to (23-Cr-430-1) Roman Storm. The motion of Keri Curtis Axel, for admission to practice Pro Hac Vice in the above captioned action is granted....[*** See this Order ***]... Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Roman Storm in the above entitled action; IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. - The Clerk of Court is directed to terminate the pending motion at docket number 20. SO ORDERED. (Signed by Judge Katherine Polk Failla on 2/15/2024)(bw) (Entered: 02/15/2024) |
| 03/18/2024 | 22 | NOTICE OF ATTORNEY APPEARANCE Benjamin Anthony Gianforti appearing for USA. (Gianforti, Benjamin) (Entered: 03/18/2024) |
| 03/26/2024 | 23 | NOTICE OF ATTORNEY APPEARANCE Kevin Gerard Mosley appearing for USA. (Mosley, Kevin) (Entered: 03/26/2024) |
| 03/29/2024 | 24 | MOTION to Compel *Discovery (Notice of Motion)*. Document filed by Roman Storm. (Klein, Brian) (Entered: 03/29/2024) |
| | | |

| 03/29/2024 | 25 | MEMORANDUM in Support by Roman Storm re 24 MOTION to Compel *Discovery (Notice of Motion)*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Klein, Brian) (Entered: 03/29/2024) |
|---|---|---|
| 03/29/2024 | 26 | MOTION to Suppress *(Notice of Motion)*. Document filed by Roman Storm. (Klein, Brian) (Entered: 03/29/2024) |
| 03/29/2024 | 27 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU (SEE 28 Affidavit) -** MEMORANDUM in Support by Roman Storm re 26 MOTION to Suppress *(Notice of Motion)*.. (Attachments: # 1 Exhibit A, # 2 Affidavit Storm Affidavit ISO Motion to Suppress, # 3 Affidavit Perklin Affidavit ISO Motion to Suppress)(Klein, Brian) Modified on 4/1/2024 (db). As per ECF-ERROR Email Correspondence received on 3/29/2024 @ 9:11pm. (Entered: 03/29/2024) |
| 03/29/2024 | 28 | AFFIDAVIT of Roman Storm in Support as to Roman Storm re 26 MOTION to Suppress *(Notice of Motion)*.. (Klein, Brian) (Entered: 03/29/2024) |
| 03/29/2024 | 29 | MOTION to Dismiss *(Notice of Motion)*. Document filed by Roman Storm. (Klein, Brian) (Entered: 03/29/2024) |
| 03/29/2024 | 30 | MEMORANDUM OF LAW in Support by Roman Storm re: 29 MOTION to Dismiss *(Notice of Motion)*. filed by Roman Storm . (Klein, Brian) (Entered: 03/29/2024) |
| 04/04/2024 | 31 | **FILING ERROR - PDF ERROR -** MOTION for Jacob Chervinsky to Appear Pro Hac Vice *for amicus curiae DeFi Education Fund*. Filing fee $ 200.00, receipt number NYSDC-29174161. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by DeFi Education Fund as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit Affidavit in Support, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order) (Chervinsky, Jacob) Modified on 4/4/2024 (bc). (Entered: 04/04/2024) |
| 04/04/2024 | 32 | NOTICE of Appearance for amicus curiae DeFi Education Fund as to Roman Storm, Roman Semenov (Tuminelli, Amanda) (Entered: 04/04/2024) |
| 04/04/2024 |  | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Roman Storm, Roman Semenov to RE-FILE Document No. 31 MOTION for Jacob Chervinsky to Appear Pro Hac Vice *for amicus curiae DeFi Education Fund*. Filing fee $ 200.00, receipt number ANYSDC-29174161. Motion and supporting papers to be reviewed by Clerk's Office staff.< The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bc) (Entered: 04/04/2024)** |
| 04/04/2024 | 33 | MOTION for Tessa Gellerson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177384. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Tessa Gellerson, # 2 Exhibit A - T. Gellerson Certificates of Good Standing, |

| | | |
|---|---|---|
| | | # 3 Proposed Order for Admission Pro Hac Vice)(Gellerson, Tessa) (Entered: 04/04/2024) |
| 04/04/2024 | 34 | MOTION for Nick Harper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177466. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Nick Harper, # 2 Exhibit A - N. Harper Certificates of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)(Harper, Denis) (Entered: 04/04/2024) |
| 04/04/2024 | 35 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Matt Gregory to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177556. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Matt Gregory, # 2 Exhibit A - M. Gregory Certificates of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)(Gregory, Matthew) Modified on 4/5/2024 (sgz). (Entered: 04/04/2024) |
| 04/04/2024 | 36 | LETTER by USA as to Roman Storm addressed to Judge Katherine Polk Failla from Thane Rehn dated April 4, 2024 re: Classified ex parte submission pursuant to CIPA Section 4 Document filed by USA. (Rehn, Nathan) (Entered: 04/04/2024) |
| 04/04/2024 | 37 | LETTER MOTION addressed to Judge Katherine Polk Failla from Brian E. Klein dated 4/4/2024 re: 30 Memorandum of Law in Support . Document filed by Roman Storm. (Attachments: # 1 Exhibit A)(Klein, Brian) (Entered: 04/04/2024) |
| 04/04/2024 | 38 | NOTICE of Appearance for Amicus Curiae Coin Center as to Roman Storm, Roman Semenov (Vitagliano, Daniel) (Entered: 04/04/2024) |
| 04/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 33 MOTION for Tessa Gellerson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177384. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/05/2024) |
| 04/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 MOTION for Nick Harper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177466. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/05/2024) |
| 04/05/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Roman Storm, Roman Semenov to RE-FILE Document No. 35 MOTION for Matt Gregory to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29177556. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named** |

| | | **filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (sgz)** (Entered: 04/05/2024) |
|---|---|---|
| 04/05/2024 | 39 | MEMORANDUM in Support by DeFi Education Fund as to Roman Storm, Roman Semenov re 29 MOTION to Dismiss *(Notice of Motion)*.. *Amicus Curiae Brief by DeFi Education Fund* (Attachments: # 1 Exhibit A - Table of IEEPA Indictments)(Tuminelli, Amanda) (Entered: 04/05/2024) |
| 04/05/2024 | 40 | ORDER FOR ADMISSION PRO HAC VICE as to Roman Storm, Roman Semenov. The motion of Nick Harper for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and the State of Maryland; and that his contact information is as follows: Nick Harper, GIBSON, DUNN & CRUTCHER LLP...[*** See this Order ***]... Applicant having requested admission pro hac vice to appear for all purposes as counsel for amicus curiae the Blockchain Association in the above-captioned action; IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. -- The Clerk of Court is directed to terminate the pending motion at docket number 34. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/5/2024) (bw) (Entered: 04/05/2024) |
| 04/05/2024 | 41 | ORDER FOR ADMISSION PRO HAC VICE as to Roman Storm, Roman Semenov. The motion of Tessa Gellerson for admission to practice pro hac vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the Bars of the District of Columbia and the State of New York; and that her contact information is as follows: Tessa Gellerson, GIBSON, DUNN & CRUTCHER LLP... [*** See this Order ***]... Applicant having requested admission pro hac vice to appear for all purposes as counsel for amicus curiae the Blockchain Association in the above-captioned action; IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. -- The Clerk of Court is directed to terminate the pending motion at docket number 33. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/5/2024) (bw) (Entered: 04/05/2024) |
| 04/05/2024 | 42 | ENDORSED LETTER as to (23-Cr-430-1) Roman Storm addressed to Judge Katherine Polk Failla from Attorney Brian E. Klein dated April 4, 2024 re: We write on behalf of our client, defendant Roman Storm, in the above-captioned case to respectfully submit a corrected version of Mr. Storm's motion to dismiss that was filed on March 29, 2024. (See Dkt. 30.) After filing the motion to dismiss, defense counsel noticed the following two errors in the motion that could cause the Court (or government) to misunderstand an important defense argument: P. 9, end of first paragraph: "the Peppersec UI" should read, "Peppersec." P. 9, fn. 6, last sentence: "the Peppersec UI" should read, "Peppersec." The defense therefore respectfully requests that the attached motion to dismiss, which corrects those two errors and makes no other changes, |

| | | |
|---|---|---|
| | | be the operative motion to dismiss before the Court. ENDORSEMENT: Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 37. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/5/2024) (bw) (Entered: 04/05/2024) |
| 04/05/2024 | 43 | RESPONSE in Support of Motion by Coin Center as to Roman Storm, Roman Semenov re: 29 MOTION to Dismiss *(Notice of Motion).. Amicus Curiae Brief of Coin Center in Support of Defendant Roman Storm's Motion to Dismiss* (Vitagliano, Daniel) (Entered: 04/05/2024) |
| 04/05/2024 | 44 | MOTION for Stephanie Brooker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-29181593. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Stephanie Brooker, # 2 Exhibit A - S. Brooker Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)(Brooker, Stephanie) (Entered: 04/05/2024) |
| 04/05/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 44 MOTION for Stephanie Brooker to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-29181593. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/05/2024) |
| 04/05/2024 | 45 | MEMORANDUM in Support by The Blockchain Association as to Roman Storm, Roman Semenov re 29 MOTION to Dismiss *(Notice of Motion).. /Brief for Amicus Curiae Blockchain Association in Support of Defendant Roman Storm's Motion to Dismiss* (Brooker, Stephanie) (Entered: 04/05/2024) |
| 04/08/2024 | 46 | ORDER FOR ADMISSION PRO HAC VICE as to Roman Storm (1), Roman Semenov (2) granting 44 Motion for Stephanie Brooker to Appear Pro Hac Vice as counsel for amicus curiae the Blockchain Association. ENDORSEMENT: The Clerk of Court is directed to terminate the pending motion at docket number 44. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/8/2024) (lnl) (Entered: 04/09/2024) |
| 04/11/2024 | 47 | MOTION for Peter Van Valkenburgh to Appear Pro Hac Vice *for amicus curiae, Coin Center*. Filing fee $ 200.00, receipt number NYSDC-29206549. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Coin Center as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Proposed Order)(Van Valkenburgh, Peter) (Entered: 04/11/2024) |
| 04/11/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 47 MOTION for Peter Van Valkenburgh to Appear Pro Hac Vice *for amicus curiae, Coin Center*. Filing fee $ 200.00, receipt number ANYSDC-29206549. Motion and supporting papers to be reviewed by Clerk's Office staff.</F. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/11/2024) |
| 04/12/2024 | 48 | MOTION for Matt Gregory to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The |

| | | |
|---|---|---|
| | | Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit of Matt Gregory, # 2 Exhibit A - M. Gregory Certificates of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice)(Gregory, Matthew) (Entered: 04/12/2024) |
| 04/12/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 48 MOTION for Matt Gregory to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/12/2024) |
| 04/15/2024 | 49 | ORDER FOR ADMISSION PRO HAC VICE for all purposes as counsel for amicus curiae the Blockchain Association in the above-captioned action. The motion of Matt Gregory for admission to practice pro hac vice in the above-captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Katherine Polk Failla on 4/15/24) (jw) (Entered: 04/15/2024) |
| 04/15/2024 | 50 | ORDER FOR ADMISSION PRO HAC VICE for all purposes as counsel for amicus curiae Coin Center in the above-captioned action; The motion of Peter Van Valkenburgh for admission to practice pro hac vice in the above-captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Katherine Polk Failla on 4/15/24) (jw) (Entered: 04/15/2024) |
| 04/17/2024 | 51 | MOTION for Jacob Chervinsky to Appear Pro Hac Vice *for amicus curiae DeFi Education Fund*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by DeFi Education Fund as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit, # 2 Exhibit D.C. Certificate of Good Standing, # 3 Exhibit V.A. Certificate of Good Standing, # 4 Proposed Order)(Chervinsky, Jacob) (Entered: 04/17/2024) |
| 04/17/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 51 MOTION for Jacob Chervinsky to Appear Pro Hac Vice *for amicus curiae DeFi Education Fund*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/17/2024) |
| 04/19/2024 | 52 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE as to Roman Storm, Roman Semenov. The motion of Jacob Chervinsky for admission to practice pro hac vice in the above-captioned matter is granted. Applicant has declared that he is an active member in good standing of the bar of Virginia, and that his contact information is as follows: Jacob Chervinsky, 1155 F Street NW, Suite 300, Washington, DC 20004. 202-656-7011. Having requested admission pro hac vice to appear for all purposes as counsel for amicus DeFi Education Fund in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is |

| | | |
|---|---|---|
| | | admitted to practice pro hac vice in the above-entitled matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. - The Clerk of Court is directed to terminate the pending motion at docket number 51. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/19/2024) (bw) (Entered: 04/19/2024) |
| 04/26/2024 | 53 | MEMORANDUM in Opposition by USA as to Roman Storm re 26 MOTION to Suppress *(Notice of Motion).*, 29 MOTION to Dismiss *(Notice of Motion).*, 24 MOTION to Compel *Discovery (Notice of Motion)..* (Rehn, Nathan) (Entered: 04/26/2024) |
| 05/15/2024 | 54 | CONSENT LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated May 15, 2024 re: Adjournment of Briefing and Hearing Dates . Document filed by USA as to Roman Storm. (Rehn, Nathan) (Entered: 05/15/2024) |
| 05/16/2024 | 55 | ENDORSED LETTER as to (23-Cr-430-1) Roman Storm addressed to Judge Katherine Polk Failla from AUSA Thane Rehn dated May 15, 2024 re: The Government respectfully submits this letter regarding scheduling of the hearing on the pretrial motions in this case, which is currently scheduled for June 25, 2024, at 11:00 a.m. The Government's counsel has a scheduling conflict for that date. The parties have conferred and agreed to request that the hearing be adjourned to one of the following dates: July 9-12, 2024.... ENDORSEMENT: Application GRANTED. The reply brief shall be submitted on or before May 24, 2024. The hearing shall be ADJOURNED to July 12, 2024, at 10:00 a.m. The Clerk of Court is directed to terminate the pending motion at docket number 54. SO ORDERED. ( Replies due by 5/24/2024. Motion Hearing set for 7/12/2024 at 10:00 AM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 5/16/2024) (bw) (Entered: 05/16/2024) |
| 05/16/2024 | | Terminate Deadlines and Hearings as to Roman Storm (1): Terminated Oral Argument set for 6/25/2024 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (bw) (Entered: 05/16/2024) |
| 05/24/2024 | 56 | REPLY MEMORANDUM OF LAW in Support as to Roman Storm re: 24 MOTION to Compel *Discovery (Notice of Motion).* . (Klein, Brian) (Entered: 05/24/2024) |
| 05/24/2024 | 57 | REPLY MEMORANDUM OF LAW in Support as to Roman Storm re: 26 MOTION to Suppress *(Notice of Motion).* . (Klein, Brian) (Entered: 05/24/2024) |
| 05/24/2024 | 58 | REPLY MEMORANDUM OF LAW in Support as to Roman Storm re: 29 MOTION to Dismiss *(Notice of Motion).* . (Attachments: # 1 Exhibit A)(Klein, Brian) (Entered: 05/24/2024) |
| 06/07/2024 | 59 | **FILING ERROR - PDF ERROR -** MOTION for Jeffrey S. Hetzel to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. Filing fee $ 200.00, receipt number NYSDC-29460394. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Coin Center as to Roman Storm, |

| | | |
|---|---|---|
| | | Roman Semenov. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Ex. A (Certificates of Good Standing), # 3 Proposed Order Proposed Order)(Hetzel, Jeffrey) Modified on 6/10/2024 (bc). (Entered: 06/07/2024) |
| 06/10/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Roman Storm, Roman Semenov to RE-FILE Document No. 59 MOTION for Jeffrey S. Hetzel to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. Filing fee $ 200.00, receipt number ANYSDC-29460394. Motion and supporting papers to be reviewed by Clerk's Office staff.<.. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bc) (Entered: 06/10/2024)** |
| 06/12/2024 | 60 | MOTION for Jeffrey S. Hetzel to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Coin Center as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Certificate of Good Service, # 3 Proposed Order Proposed Order)(Hetzel, Jeffrey) (Entered: 06/12/2024) |
| 06/13/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 60 MOTION for Jeffrey S. Hetzel to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/13/2024) |
| 06/14/2024 | 61 | MOTION for Cameron T. Norris to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. Filing fee $ 200.00, receipt number NYSDC-29486542. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Coin Center as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Ex. A (Certificates of Good Standing), # 3 Proposed Order Proposed Order)(Norris, Cameron) (Entered: 06/14/2024) |
| 06/14/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Cameron T. Norris to Appear Pro Hac Vice *for Amicus Curiae Coin Center*. Filing fee $ 200.00, receipt number ANYSDC-29486542. Motion and supporting papers to be reviewed by Clerk's Office staff.<. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 06/14/2024) |
| 06/14/2024 | 62 | ORDER FOR ADMISSION PRO HAC VICE 60 Motion for Jeffrey S. Hetzel to Appear Pro Hac Vice as to Roman Storm (1), Roman Semenov (2). The motion of Jeffrey S. Hetzel for admission to practice pro hac vice in the above-captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys (Signed by Judge Katherine Polk Failla on 6/14/2024) (jw) (Entered: 06/14/2024) |
| | | |

| | | |
|---|---|---|
| 06/14/2024 | 63 | ORDER FOR ADMISSION PRO HAC VICE 61 Motion for Cameron T. Norris to Appear Pro Hac Vice as to Roman Storm (1), Roman Semenov (2). The motion of Cameron T. Norris for admission to practice pro hac vice in the above-captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Katherine Polk Failla on 6/14/2024) (jw) (Entered: 06/14/2024) |
| 07/05/2024 | 64 | LETTER MOTION addressed to Judge Katherine Polk Failla from Counsel for Roman Storm dated 7/5/24 re: Trial Continuance (First Request) . Document filed by Roman Storm as to Roman Storm, Roman Semenov. (Klein, Brian) (Entered: 07/05/2024) |
| 07/09/2024 | 65 | MEMORANDUM in Opposition by USA as to Roman Storm re 64 LETTER MOTION addressed to Judge Katherine Polk Failla from Counsel for Roman Storm dated 7/5/24 re: Trial Continuance (First Request) .. (Gianforti, Benjamin) (Entered: 07/09/2024) |
| 07/11/2024 | 66 | NOTICE OF ATTORNEY APPEARANCE: David E. Patton appearing for Roman Storm. Appearance Type: Retained. (Patton, David) (Entered: 07/11/2024) |
| 07/12/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Motion Hearing as to Roman Storm held on 7/12/2024. Defendant Roman Storm present with attorneys Brian Edward Klein, Keri Curtis Axel, Kevin Michael Casey, and David E. Patton. AUSAs Nathan Martin Rehn, Ben Arad, Benjamin Anthony Gianforti, and Kevin Gerard Mosley present. The Court defers ruling on Defendant's motions. Defendant's application to adjourn the trial date is GRANTED; trial in this matter is scheduled to begin on 12/2/2024 at 9:00 a.m. Time is excluded in the interests of justice from 7/12/2023 through 12/2/2024. (See transcript.) (Jury Trial set for 12/2/2024 at 09:00 AM before Judge Katherine Polk Failla.) (Court Reporter Eve Giniger) (ap) (Entered: 07/12/2024) |
| 07/15/2024 | 67 | REVISED SCHEDULING ORDER as to Roman Storm, Roman Semenov: As discussed at the parties' conference with the Court in this matter on July 12, 2024, the parties are directed to comply with the following trial schedule: Trial will be set to begin on December 2, 2024, at 9:00 a.m.; The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due November 4, 2024; Any opposition papers to motions in limine will be due November 11, 2024; and The final-pretrial conference will be scheduled for November 19, 2024, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at docket number 64. SO ORDERED. (Motions due by 11/4/2024. Responses due by 11/11/2024. Jury Trial set for 12/2/2024 at 09:00 AM before Judge Katherine Polk Failla. Final Pretrial Conference set for 11/19/2024 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (Signed by Judge Katherine Polk Failla on 7/15/2024) (lnl) (Entered: 07/15/2024) |

| | | |
|---|---|---|
| 07/17/2024 | 68 | SEALED DOCUMENT placed in vault. (jus) (Entered: 07/17/2024) |
| 07/23/2024 | 69 | TRANSCRIPT of Proceedings as to Roman Storm re: Oral Argument held on 7/12/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/13/2024. Redacted Transcript Deadline set for 8/23/2024. Release of Transcript Restriction set for 10/21/2024. (McGuirk, Kelly) (Entered: 07/23/2024) |
| 07/23/2024 | 70 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roman Storm. Notice is hereby given that an official transcript of a Oral Argument proceeding held on 7/12/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/23/2024) |
| 08/08/2024 | 71 | MOTION for Tessa Gellerson to Withdraw as Attorney . Document filed by The Blockchain Association as to Roman Storm, Roman Semenov. (Attachments: # 1 Affidavit --Declaration of Tessa Gellerson, # 2 Proposed Order Granting Withdrawal as Counsel)(Gellerson, Tessa) (Entered: 08/08/2024) |
| 08/09/2024 | 72 | ORDER granting 71 Motion to Withdraw as Attorney. Tessa Gellerson withdrawn from case as to Roman Storm (1), Roman Semenov (2)... Endorsement: Application GRANTED. The Court wishes Ms. Gellerson the best in her future endeavors. The Clerk of Court is directed to terminate the pending motion at docket entry 71, and to terminate Ms. Gellerson from the docket. So Ordered. (Signed by Judge Katherine Polk Failla on 8/9/24) (jbo) (Entered: 08/09/2024) |
| 08/14/2024 | 73 | CONSENT LETTER by USA as to Roman Storm addressed to Judge Katherine Polk Failla from Thane Rehn dated August 14, 2024 re: Request to Deny Defendant's Motion to Suppress as Moot Document filed by USA. (Rehn, Nathan) (Entered: 08/14/2024) |
| 08/15/2024 | 74 | ENDORSED LETTER as to (23-Cr-430-1) Roman Storm addressed to Judge Katherine Polk Failla from AUSA Thane Rehn dated August 14, 2024 re: The Government respectfully submits this letter regarding the defendant's motion to suppress. (Dkt. 37). During oral argument on the defendant's motion, the Court inquired whether there was a "gap that [could] be bridged." (See Transcript of July 12, 2024 Hearing ("Tr."), Dkt. 69, at 42). In the interests of efficiency and judicial economy, the parties have met and conferred and have agreed as follows:... ENDORSEMENT: Application GRANTED. In light of the parties' agreement, the Court DENIES Defendant's motion to suppress as moot. The Clerk of Court is directed to terminate the pending motion at docket number 26. SO ORDERED. (Signed by Judge Katherine Polk Failla on 8/15/2024) (bw) (Entered: 08/15/2024) |
| 09/12/2024 | 75 | |

| | | NOTICE of Change of Address as to Roman Storm, Roman Semenov. New Address: Gibson, Dunn & Crutcher LLP (for The Blockchain Association as amicus curiae), 1700 M Street, N.W., Washington, D.C., United States 20036, 202-887-3635. (Gregory, Matthew) (Entered: 09/12/2024) |
|---|---|---|
| 09/12/2024 | 76 | NOTICE of Change of Address as to Roman Storm, Roman Semenov. New Address: Gibson, Dunn & Crutcher LLP (for The Blockchain Association as amicus curiae), 1700 M Street, N.W., Washington, D.C., United States 20036, 202-887-3502. (Brooker, Stephanie) (Entered: 09/12/2024) |
| 09/12/2024 | 77 | NOTICE of Change of Address as to Roman Storm, Roman Semenov. New Address: Gibson, Dunn & Crutcher LLP (for The Blockchain Association as amicus curiae), 1700 M Street, N.W., Washington, D.C., United States 20036, 202-887-3534. (Harper, Denis) (Entered: 09/12/2024) |
| 09/13/2024 | 78 | PROTECTIVE ORDER WITH RESPECT TO CERTAIN DISCOVERY as to Roman Storm...regarding procedures to be followed that shall govern the handling of confidential material... ORDERED that the Government Motion is granted, and the Classified Materials, as defined in the Government Motion and described herein, need not be disclosed to the defense; and it is further ORDERED that the Government Submission is hereby sealed, and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, until further order of this Court. (Signed by Judge Katherine Polk Failla on 9/13/2024) (See ORDER set forth) (ap) (Entered: 09/13/2024) |
| 09/18/2024 | 79 | LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated September 18, 2024 re: Motion to Compel Pretrial Disclosures . Document filed by USA as to Roman Storm, Roman Semenov. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rehn, Nathan) (Entered: 09/18/2024) |
| 09/19/2024 | 80 | LETTER MOTION addressed to Judge Katherine Polk Failla from Roman Storm Counsel dated September 19, 2024 re: Proposed Briefing Schedule . Document filed by Roman Storm as to Roman Storm, Roman Semenov. (Klein, Brian) (Entered: 09/19/2024) |
| 09/19/2024 | 81 | MEMO ENDORSEMENT as to Roman Storm granted 79 LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated September 18, 2024 re: Motion to Compel Pretrial Disclosures. ENDORSEMENT: Application GRANTED. Defendant shall file his letter response to the Government's letter motion (Dkt. #79) on or before September 25, 2024. The Clerk of Court is directed to terminate the pending motion at docket number 80. SO ORDERED. (Responses due by 9/25/2024) (Signed by Judge Katherine Polk Failla on 9/19/2024) (lnl) (Entered: 09/19/2024) |
| 09/25/2024 | 82 | LETTER RESPONSE in Opposition by Roman Storm as to Roman Storm, Roman Semenov addressed to Judge Katherine Polk Failla from Counsel for Roman Storm dated 9/25/24 re: 79 LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated September 18, 2024 re: Motion to Compel Pretrial Disclosures .. (Klein, Brian) (Entered: 09/25/2024) |
| 09/26/2024 | | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Roman Storm: The Court will issue an oral decision on Defendant's motion to dismiss and motion to compel discovery at a telephonic conference today at 4:30 p.m. At that time, the parties shall dial-in to the conference at (888) 363-4749, access code 5123533. (Telephone Conference set for 9/26/2024 at 04:30 PM in telephone or video conference before Judge Katherine Polk Failla.) ***No PDF is attached to this entry. (tn) (Entered: 09/26/2024) |
| 09/26/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Motion Hearing as to Roman Storm held on 9/26/2024. Defendant Roman Storm present with attorneys Brian Edward Klein, Kevin Michael Casey, and David E. Patton. AUSAs Nathan Martin Rehn, Ben Arad, Benjamin Anthony Gianforti, and Kevin Gerard Mosley present. Court reporter Carly Davis present. For the reasons set forth on the record, the Court DENIES Defendant's Motion to Compel Discovery and Motion to Dismiss the Indictment. (See transcript.) (jbo) (Entered: 09/27/2024) |
| 09/27/2024 | 83 | ORDER denying 24 Motion to Compel as to Roman Storm (1); denying 29 Motion to Dismiss as to Roman Storm (1). For the reasons set forth on the record in the telephone conference on September 26, 2024, the Court DENIES Defendant's Motion to Compel Discovery (Dkt. #24) and Motion to Dismiss the Indictment (Dkt. #29). The Clerk of Court is directed to terminate the pending motions at docket entries 24 and 29. SO ORDERED. (Signed by Judge Katherine Polk Failla on 9/27/2024) (bw) (Entered: 09/27/2024) |
| 10/03/2024 | 84 | TRANSCRIPT of Proceedings as to Roman Storm re: Conference held on 9/26/24 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Carly Davis, (212) 805-0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/24/2024. Redacted Transcript Deadline set for 11/4/2024. Release of Transcript Restriction set for 1/2/2025. (Moya, Goretti) (Entered: 10/03/2024) |
| 10/03/2024 | 85 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roman Storm. Notice is hereby given that an official transcript of a Conference proceeding held on 9/26/24 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/03/2024) |
| 10/08/2024 | 86 | ORDER as to (23-Cr-430-1) Roman Storm. Oral argument regarding the Government's Letter Motion (Dkt. #79) shall take place on October 10, 2024, at 4:00 p.m., by telephone. At that time, the parties shall dial (888) 363-4749 and enter access code 5123533. SO ORDERED. ( Oral Argument set for 10/10/2024 at 04:00 PM before Judge Katherine Polk Failla. )(Signed by Judge Katherine Polk Failla on 10/8/2024) (bw) (Entered: 10/08/2024) |
| 10/14/2024 | 87 | LETTER MOTION addressed to Judge Katherine Polk Failla from Counsel for Roman Storm dated October 14, 2024 re: Request for Stay of Pretrial Expert |

| | | |
|---|---|---|
| | | Disclosures . Document filed by Roman Storm as to Roman Storm, Roman Semenov. (Klein, Brian) (Entered: 10/14/2024) |
| 10/15/2024 | 88 | TRANSCRIPT of Proceedings as to Roman Storm re: Arraignment held on 10/10/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Sharonda Jones, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/6/2024. Redacted Transcript Deadline set for 11/15/2024. Release of Transcript Restriction set for 1/13/2025. (McGuirk, Kelly) (Entered: 10/15/2024) |
| 10/15/2024 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Roman Storm. Notice is hereby given that an official transcript of a Arraignment proceeding held on 10/10/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/15/2024) |
| 10/16/2024 | 90 | MEMORANDUM in Opposition by USA as to Roman Storm re 87 LETTER MOTION addressed to Judge Katherine Polk Failla from Counsel for Roman Storm dated October 14, 2024 re: Request for Stay of Pretrial Expert Disclosures .. (Attachments: # 1 Exhibit 1 (Transcript of 10/10/24 Hearing)) (Gianforti, Benjamin) (Entered: 10/16/2024) |
| 10/17/2024 | 91 | MEMO ENDORSEMENT as to Roman Storm on re: 79 LETTER MOTION addressed to Judge Katherine Polk Failla from Thane Rehn dated September 18, 2024 re: Motion to Compel Pretrial Disclosures filed by USA, 80 LETTER MOTION addressed to Judge Katherine Polk Failla from Roman Storm Counsel dated September 19, 2024 re: Proposed Briefing Schedule filed by Roman Storm....ENDORSEMENT...The Court has reviewed the parties' submissions in connection with Defendant Roman Storm's motion for a stay (Dkt. #87, 89), and understands that Mr. Storm can seek, and should seek, expedited treatment of his mandamus petition from the Second Circuit. Given that, the Court hereby DENIES Mr. Storm's motion for a stay without prejudice to its renewal on or after October 31, 2024. The Clerk of Court is directed to terminate the pending motion at docket entry 87. And, in accordance with the Court's October 10, 2024, oral decision (Dkt. #88), the Clerk of Court is further directed to terminate the pending motions at docket entries 79 and 80. (Signed by Judge Katherine Polk Failla on 10/17/2024)(jw) (Entered: 10/17/2024) |