## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re: Roman Storm**  Docket No.: **24-2742**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Kevin M. Casey**

Firm: **Waymaker LLP**

Address: **515 S. Flower St., Suite 3500**

Telephone: **424-652-7800**  Fax:

E-mail: **kcasey@waymakerlaw.com**

Appearance for: **Petitioner Roman Storm**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **David Patton / Hecker Fink LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **10/30/2024**  OR

☐ I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: **Kevin M. Casey**