# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2742

**Caption [use short title]**

**Motion for:** Emergency Motion for Additional Briefing In Support of Petition for Writ of Mandamus

Set forth below precise, complete statement of relief sought:

Petitioner requests permission to file a reply if the Court orders the government to file an opposition to the petition for writ of mandamus. Alternatively, Petitioner requests an opportunity to submit an additional brief responding to the arguments made by the government in their opposition to the stay motion. Petitioner also requests a briefing schedule.

## In re: Roman Storm

**MOVING PARTY:** Roman Storm     **OPPOSING PARTY:** United States

☐ Plaintiff     ☑ Defendant
☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** David E. Patton     **OPPOSING ATTORNEY:** Danielle Renee Sassoon & Nathan Rehn

[name of attorney, with firm, address, phone number and e-mail]

HECKER FINK LLP
350 Fifth Avenue, 63rd Floor, New York, NY 10118
(212) 763-0883 dpatton@heckerfink.com

United States Attorney's Office For the Southern District of New York
One Saint Andrew's Plaza, New York, NY 10007
(212) 637-1115 danielle.sassoon@usdoj.gov; 212-637-2354 Nathan.Rehn@usdoj.gov

**Court- Judge/ Agency appealed from:** Southern District of New York, Honorable Katherine Polk Failla

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency: October 31, 2024
Petitioner asks to submit a reply/additional brief before the Court rules on his mandamus petition.

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_/s/ D.P._____  **Date:** 10/30/2024  **Service by:** ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 24-2742

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND CIRCUIT

### IN RE: ROMAN STORM

### PETITIONER ROMAN STORM'S EMERGENCY MOTION FOR ADDITIONAL BRIEFING IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

**WAYMAKER LLP**
Brian E. Klein
bklein@waymakerlaw.com
Keri Curtis Axel
kaxel@waymakerlaw.com
Becky S. James
bjames@waymakerlaw.com
Viviana Andazola Marquez
vandazolamarquez@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

**HECKER FINK LLP**
David E. Patton
dpatton@heckerfink.com
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

Attorneys for Roman Storm

## EMERGENCY MOTION FOR ADDITIONAL BRIEFING IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

Pursuant to Federal Rules of Appellate Procedure 21 and 27 and Second Circuit Rule 27.1, Petitioner-Defendant Roman Storm respectfully requests an opportunity to submit additional briefing on his Petition for Writ of Mandamus ("Petition"), which is currently pending with this Court. Petitioner respectfully requests that this Court rule on this motion prior to ruling on his Petition.

On October 16, 2024, Petitioner filed his Petition challenging the October 10, 2024 order of the Honorable Katherine Polk Failla in *United States v. Roman Storm,* Case No. 23 Cr. 430 (KPF), in the Southern District of New York, which required, among other things, pretrial disclosure of defense expert witness information by November 4, 2024. (Dkt. 1.) Given the impending deadline to make the expert witness disclosures, on October 18, 2024, Petitioner filed a motion for emergency stay of the district court's order pending the resolution of his Petition. (Dkt. 6.) The government filed an opposition to the motion to stay on October 28, 2024. (Dkt. 19.) In its opposition, the government offered substantial arguments as to the merits of the Petition. On October 29, 2024, before Petitioner had a chance to file a reply, this Court granted a temporary stay of the district court's order pending this Court's decision on the Petition and referred it to the next available three-judge motions panel. (Dkt. 21.)

1

It is unclear at this juncture whether this Court will order the government to file an opposition to the Petition. If the Court does order an opposition, Petitioner Storm respectfully requests that he be permitted to file a reply. For certainty, Petitioner Storm respectfully requests that this Court issue a briefing schedule.

Alternatively, Petitioner respectfully requests an opportunity to submit an additional brief that would respond to the government's opposition to the motion for stay. As noted, the government's opposition contained substantial arguments regarding the merits of the Petition. Petitioner has substantial arguments to make in reply to those arguments but did not have the opportunity to do so before this Court ruled on his stay motion. Therefore, if this Court is inclined to consider the government's arguments in its opposition to the stay motion, Petitioner Storm respectfully requests the opportunity to reply.

All parties have been given notice of the motion. The defense approached the government for its position on this emergency motion for additional briefing in support of the Petition, and the government responded that it opposes this motion.

DATED: October 30, 2024    HECKER FINK LLP

By: _____
DAVID E. PATTON
*Attorneys for Roman Storm*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 403 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 27(d)(2). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate 32(a)(5) and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Times New Roman font.

DATED: October 30, 2024

By: _____
DAVID E. PATTON