# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-four,

Roman Storm, AKA Sealed Defendant 1,

    Petitioner,

v.

United States of America,

    Respondent,

**ORDER**
Docket No. 24-2742

    Ramon Storm has filed a petition for a writ of mandamus.

    IT IS HEREBY ORDERED that Respondent file any response to the mandamus petition by Tuesday, November 5, 2024. The parties are ORDERED to appear for oral argument on Tuesday, November 12, 2024. Each side is allotted five minutes for argument.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

