UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2742  **Caption [use short title]**

**Motion for:** Leave to File Reply in Support of Petition for Writ of Mandamus

In re Roman Storm

**Set forth below precise, complete statement of relief sought:**

Petitioner respectfully requests leave to file a reply to the government's response to his Petition for Writ of Mandamus, by November 7, 2024, that is no more than 3,900 words.

**MOVING PARTY:** Petitioner Roman Storm     **OPPOSING PARTY:** Respondent United States of America

☐ Plaintiff   ☐ Defendant
■ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** David E. Patton   **OPPOSING ATTORNEY:** Danielle Renee Sassoon & Nathan Rehn

[name of attorney, with firm, address, phone number and e-mail]

HECKER FINK LLP                           U.S. Attorney's Office for the Souther District of New York
350 Fifth Avenue, 63rd Floor, New York, NY 10118    One Saint Andrew's Plaza, New York, NY 10007
(212) 763-0883 dpatton@heckerfink.com   (212) 637-1115 danielle.sassoon@usdoj.gov nathan.rehn@usdoj.gov

**Court- Judge/ Agency appealed from:** Southern District of New York, Honorable Katherine Polk Failla

**Please check appropriate boxes:**   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):_____

Has this request for relief been made below?  ☐ Yes  ■ No
Has this relief been previously sought in this court?  ■ Yes  ☐ No

Requested return date and explanation of emergency: November 5, 2024
Petitioner seeks to file a reply brief by November 7, 2024, so that it may be considered in advance of the oral argument scheduled for November 12, 2024.

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ✓ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ■ Yes  ☐ No  If yes, enter date: November 12, 2024

**Signature of Moving Attorney:**
/s/ David E. Patton   Date: 11/1/2024   Service: ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

No. 24-2742

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

IN RE: ROMAN STORM

PETITIONER ROMAN STORM'S EMERGENCY MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

**WAYMAKER LLP**
Brian E. Klein
bklein@waymakerlaw.com
Keri Curtis Axel
kaxel@waymakerlaw.com
Becky S. James
bjames@waymakerlaw.com
Viviana Andazola Marquez
vandazolamarquez@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

**HECKER FINK LLP**
David E. Patton
dpatton@heckerfink.com
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

Attorneys for Roman Storm

## EMERGENCY MOTION FOR ADDITIONAL BRIEFING IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

Pursuant to Federal Rules of Appellate Procedure 21 and 27 and Second Circuit Rule 27.1, Petitioner-Defendant Roman Storm respectfully requests leave to submit a reply in support of his pending Petition for Writ of Mandamus ("Petition"), by November 7, 2024 that is no more than 3,900 words (*i.e.,* half the length of a response). The government does not oppose this request. This Court has ordered the government to file a response by November 5, 2024, and set oral argument for November 12, 2024.

On October 30, 2024, Petitioner filed an emergency motion to submit additional briefing in support of his Petition because it was unclear at that time whether this Court would order the government to file a response to the Petition. (Dkt. 28.) In the motion, Petitioner sought permission to file a reply to any response filed by the government or to be permitted to file an additional brief responding to the government's arguments made in its opposition to the stay motion. Approximately 30 minutes later, on October 30, 2024, this Court issued an order placing the case on the argument calendar for November 12, 2024, and then issued another order directing the government to file a response to the Petition by November 5, 2024, and allotting five minutes per side for oral argument. (Dkts. 29, 30.) This Court's orders did not address Petitioner's emergency motion for additional briefing.

1

Now that this Court has ordered a response from the government, Petitioner respectfully requests that he be permitted to file a reply by November 7, 2024. Petitioner anticipates that the government will make many of the same arguments in its forthcoming response that it made in its previously filed opposition to Petitioner's stay motion because its opposition included numerous arguments on the merits. Petitioner has substantial and detailed arguments to raise in reply to the government's merits arguments that would be of great benefit to this Court as it considers the issue presented and may not have sufficient time during his five-minutes of scheduled oral argument to fully address all the government's points. Therefore, Petitioner respectfully requests the opportunity to submit a written reply in advance of oral argument.

All parties have been given notice of this motion. The defense approached the government for its position on Petitioner's request for a reply, and the government responded that it does not oppose the request.

DATED: November 1, 2024         HECKER FINK LLP

By: _____
DAVID E. PATTON
*Attorneys for Roman Storm*

## CERTIFICATE OF COMPLIANCE

    I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 406 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this motion complies with the typeface and type-style requirements of Federal Rules of Appellate 32(a)(5) and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Times New Roman font.

DATED: November 1, 2024

By: _____
      DAVID E. PATTON