S.D.N.Y. – N.Y.C.
23-cr-430
Failla, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-four.

Present:

    Reena Raggi,
    Myrna Pérez,
    Maria Araújo Kahn,
        *Circuit Judges*.

---

Roman Storm, AKA Sealed Defendant 1,

        *Petitioner*,

    v.                                                      24-2742

United States of America,

        *Respondent*.

---

Petitioner, through counsel, has filed a petition for a writ of mandamus, which the New York Council of Criminal Defense Lawyers supports in an amicus brief.

It is ORDERED that the petition is DENIED because the petitioner has not demonstrated that his right to the writ is clear and indisputable. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 381 (2004). It is further ORDERED that all other pending motions are DENIED as moot.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

